IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MARK HERBERT SCHMITT,       )
                             )
     Plaintiff,           )
                             )
     v.                    )     CV 110-102
                             )
SUSAN M. REIMER, et al.,       )
                             )
     Defendants.         )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims against Defendant Kilpatrick are **DISMISSED** without prejudice for failure to timely effect service, and Defendant Kilpatrick is **DISMISSED** from this case.

SO ORDERED this _15th_ day of November, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA